■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FAROOK AMER, Appellant.—Judgment unanimously affirmed. Memorandum: The sole issue raised on appeal is whether the entry, search and seizure were justified by exigent circumstances and the plain-view doctrine.

We affirm for the reasons stated by the suppression court, Drury, J. (Appeal from judgment of Supreme Court, Erie County, Dadd, J.—criminal sale of controlled substance, second degree.) Present—Callahan, J. P., Doerr, Denman, Lawton and Davis, JJ.